UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LEDORA M. MILTON             CIVIL ACTION NO. _____
          Plaintiff
                             SECTION _____

VERSUS                       JUDGE DEE D. DRELL

UNITED STATES OF AMERICA, through the
Department of Health and Human Services and its
Health Resources and Services Administration, et al
          Defendant          MAGISTRATE JUDGE JAMES D. KIRK

## COMPLAINT

Complainant, LEDORA MILTON, complaining of defendant alleges:

## PARTIES

1. Plaintiff, LEDORA M. MILTON, is a resident and domiciliary of the Parish of Avoyelles, State of Louisiana.

2. Defendants are:

    UNITED STATES OF AMERICA, through the
    Department of Health and Human Services and its
    Health Resources and Services Administration

    ERIC S. DUGAN, M.D.
    Rapides Primary Health Care Center
    1217 Willow Glenn River Rd.
    Alexandria, LA 71302

    and

    RAPIDES PRIMARY HEALTH CARE CENTER,
    INCORPORATED
    1217 Willow Glenn River Rd.
    Alexandria, LA   71302
    a non-Profit Corporation, domiciled in Alexandria, Rapides Parish, Louisiana, authorized to do and doing business in the State of Louisiana.

## JURISDICTION

This action arises under and plaintiff invokes the Federal Tort Claims Act, 28 U. S. C. A. Section 2671, et seq., and this Court has jurisdiction under the provisions of 28 U. S. C. A. Section 1346(b).

## CAUSE OF ACTION

I.

Plaintiff LeDora Milton claims of the defendants Eric S. Dugan, M.D. and Rapides Primary Health Care Center, Incorporated, the sum of $250,000.00 in damages, on the following cause of action:

II.

On or about March 17, 2010, Dr. Eric S. Dugan started LeDora Milton on Premarin, an estrogen medication. Dr. Dugan either (1) did not know she had a uterus; (2) failed to determine she had a uterus; (3) knew she had a uterus and negligently prescribed the estrogen medication; and he continued her on this estrogen medication.

III.

The medication prescribed by Dr. Dugan is contra-indicated for women who have a uterus and is not given alone for such patients. Estrogen increases the risks of stroke, breast cancer and heart attack and would be especially contraindicated for a woman who is already at risk with a history of endometrial cancer, obesity and hypertension. Such medication should have been prescribed in conjunction with progesterone.

IV.

LeDora Milton began to suffer with irregular bleeding and severe pelvic pain and was referred to Haissam N. Bouz, M.D., who on July 21, 2010, performed curettage (D&C) while

Ms. Milton's was under anesthesia, and removal of an endometrial polyp. On or about October 12, 2010, Dr. Bouz performed a hysterectomy.

V.

The negligence, fault and deviations from the standard of care on the part of defendant Eric Dugan, M.D., and/or his employer, Rapides Primary Health Care Center, Incorporated, consist of the following, among other things:

    a.     Prescribing an estrogen without progesterone;

    b.     Failing to fully inform plaintiff of the contraindication of prescribing Premarin to a patient with a uterus without also prescribing progesterone;

    c.     Failing to properly train its employees in the treatment of patients with estrogen.

VI.

Dr. Dugan's deviation from the standard of care resulted in a lengthy period of pain and suffering, and two surgeries under anesthesia: 1) curettage and removal of endometrial polyp; and 2) eventual hysterectomy.

VII.

During his treatment of petitioner, Eric S. Dugan, M.D. was an employee of defendant Rapides Primary Health Care Center, Incorporated, working in the course and scope of his employment when he provided said treatment to claimant LeDora M. Milton, and as a result, claimant sustained injuries and damages. Rapides Primary Health Care Center, Incorporated breached the applicable standard of care in failing to properly train and supervise physicians in its employ, and furthermore, is responsible for such negligence and fault under the doctrine of respondeat superior.

VIII.

This matter was timely submitted via United States Department of Justice SF-95 for administrative review to both the Department of Health and Human Services in Washington, D.C., and that department's administrative agency, Health Resources and Services Administration, headquartered in Rockville, MD. The reporting SF-95 was received by the Secretary of Health and Human Services on the 11th day of April, 2011, and by that agency's Administrator for the Health Resources and Services Administration on April 11, 2011.

IX.

Neither the United States Department of Health and Human Services nor its Health Resources and Services Administration has made any finding as to the merits or not of the claim, nor even attempted to do so, for a period in excess of six (6) months.

X.

LeDora Milton will pursue damages for pain and suffering, mental anguish, lost wages from having to undergo two unnecessary surgeries, along with all damages associated.

WHEREFORE, PETITIONER LEDORA MILTON PRAYS THAT

1. After due proceedings had, there be judgment herein in favor of petitioner LeDora M. Milton and against defendant UNITED STATES OF AMERICA, in the amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($250,000.00) DOLLARS, together with legal interest from date of judicial demand until paid;

2. For any and all just, general and equitable relief as the nature of this case permits.

Respectfully Submitted,

DALRYMPLE & LEDET, LLC

BY: _/s/ Eugene A. Ledet, Jr._
      _____
      EUGENE A. LEDET, JR.
      La. Bar Roll # 19681
      1450 Dorchester Drive (71301)
      P.O. Box 14440
      Alexandria, LA   71315
      Telephone:   (318) 442.1818
      Facsimile:    (318) 445.3110
      gene@dalrympleledet.com
ATTORNEYS FOR PLAINTIFF

Dated this 19th day of April, 2012.