RECEIVED
MAR 1 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **LEDORA M. MILTON** | **CIVIL DOCKET NO. 12-0941** |
| -vs- | **JUDGE DRELL** |
| **U. S. DEPARTMENT OF HEALTH & HUMAN SERVICES** | **MAGISTRATE JUDGE KIRK** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot. **The bench trial scheduled for May 23, 2014 is CANCELLED.**

SIGNED on this 12 day of March, 2014, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT